UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Robert Harper, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15-cv-1764 UNA |
| ) | |
| ) | |
| Carolyn W. Colvin ) | |
| *Acting Commissioner of Social Security* | |
| ) | |
| Defendant. ) | |

## **ORDER**

The above styled and numbered case was filed on November 30, 2015 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Catherine D. Perry, United States District Court Judge, under cause number 2:15-cv-00087.

**IT IS FURTHER ORDERED** that cause number 4:15-cv-1784-UNA be administratively closed.

GREGORY J. LINHARES<br>CLERK OF COURT

Dated: December 1, 2015                    By: /s/ Michele Crayton
                                               Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:15cv00087-CDP.**